FILED

JAN -- 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00952 CW (DMR) |
| Plaintiff, ) | |
| ) | DETENTION ORDER |
| v. ) | |
| ) | |
| MANUEL DeJESUS ROMERO ) | |
| ALVARENGA, ) | |
| Defendant. ) | |

## I. DETENTION ORDER

Defendant Manuel DeJesus Romero Alvarenga is charged in an indictment with illegal

reentry into the United States following deportation in violation of 8 U.S.C. § 1326(a) and (b).

On December 22, 2011, the United States moved for Mr. Alvarenga's detention and asked for a

detention hearing, as permitted by 18 U.S.C. § 3142(f). Defendant did not request a full bail

study at this time. Pretrial Services did, however, prepare a criminal record report. At the

January 5, 2012 hearing before this Court, Defendant waived the timing of his right to proffer

information at a detention hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section

3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine

DETENTION ORDER
CR 11-00952 CW (DMR)                                  1

cc: Copy to partices via ECF, Nikki, 2 Certified copies to US Marshal, Pretrial
Services

1 adverse witnesses, and to present information by proffer or otherwise), and retained his right to

2 raise any additional relevant information at a later hearing. The Court notes that Defendant is

3 subject to an immigration detainer issued by Immigration and Customs Enforcement ("ICE").

4      After considering the limited information available to the Court, and the factors set forth

5 in 18 U.S.C. § 3142(g), the Court detains Mr. Alvarenga as presenting a serious risk of flight and

6 finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably

7 assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*,

8 767 F.2d 1403, 1406 (9th Cir. 1985).

9 II. CONCLUSION

10      The Court detains Mr. Alvarenga as a serious flight risk. Because Defendant waived his

11 right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant

12 information at a later hearing, the Court orders that the hearing may be reopened at Defendant's

13 request at any future time.

14      Defendant shall remain committed to the custody of the Attorney General for

15 confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

16 serving sentences or being held in custody pending appeal. Defendant shall be afforded

17 reasonable opportunity for private consultation with counsel. On order of a court of the United

18 States or on request of an attorney for the Government, the person in charge of the corrections

19 facility in which Defendant is confined shall deliver Defendant to a United States marshal for the

20 purpose of an appearance in connection with a court proceeding.

21      IT IS SO ORDERED.

22

23

24 DATED: January 5, 2012

25 DONNA M. RYU
    United States Magistrate Judge

26

27

28

DETENTION ORDER
CR 11-00952 CW (DMR)           2